FILED

2026 OCT 28 PM 12: 31

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AKEEM D. EARLE
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: akeem.earle@usdoj.gov
Attorneys for Plaintiff

CR26-05894 TUC-RCC(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Rosa Maria Rascon-Molina,
aka Rosa Maria Rascon Molina,

Defendant.

**I N D I C T M E N T**

Violation:
8 U.S.C. § 1326(a)(enhanced by
8 U.S.C. § 1326(b)(1))

(Reentry of Removed Alien)

**THE GRAND JURY CHARGES:**

On or about September 6, 2026, in the District of Arizona, to wit: at or near Tucson, Rosa Maria Rascon-Molina, aka Rosa Maria Rascon Molina, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Douglas, Arizona, on or about October 5, 2022, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL
/ S /

FOREPERSON OF THE GRAND JURY
Dated: October 28, 2026

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/ S /
AKEEM D. EARLE
Assistant United States Attorney